UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICA AS TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>SYLVESTER BARDFORD, et al.,<br><br>Defendants. | Case No.  14-cv-02326-JSC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING WHETHER CASES ARE RELATED** |

Defendants Sylvester Bardford (also known as Sylvester Bradford) and Darrick Sterling, both proceeding pro se, removed this unlawful detainer case from Alameda County Superior Court.  (Dkt. No. 1.)  A review of court records shows that Defendants have attempted to remove this unlawful detainer action at least four other times.  *See* Case Nos. 12-1077, 12-4971, 13-3020, 13-3564.  All four of those actions have been related.  In light of the similarities between these cases, and given that Defendants other removals concerning the same unlawful detainer matter have been related, the undersigned respectfully refers the above-captioned action to Judge Seeborg pursuant to Civil L.R. 3-12(c) to consider whether this case is related to Defendants' previous removed actions.

**IT IS SO ORDERED.**

Dated: May 30, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge